UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL LYNCH,<br><br>                Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | 08-cr-1051 (LAP)<br>20-cv-7210 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

      The Court is in receipt of Petitioner Daniel Lynch's request for a certificate of appealability from the Court's Opinion and Order dated July 25, 2022, denying Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (see dkt. no. 91 in 08-cr-1051). (See dkt. no. 92 in 08-cr-1051.) The Government shall respond to Petitioner's motion no later than August 10, 2022.

**SO ORDERED.**

Dated:     August 3, 2022
              New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge